IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTIAN JAMES NAVOY,
    Petitioner,

v.                                    CASE NO.: 3:10cv35/MCR/MD

WARDEN MICHAEL BABCOCK; and
HANLEY LAPPIN, DIRECTOR OF
FEDERAL BUREAU OF PRISONS
    Respondents.

## O R D E R

This cause is before the court upon petitioner's filing an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 (doc. 6). The amended petition appears to be in the proper form, although petitioner has failed to submit appropriate service copies. He must submit one complete copy for each respondent, and a copy for the United States Attorney for this district. He has failed to submit copies of this § 2241 form, although he submitted two identical copies of the 61 pages of attachments.

Accordingly, it is ORDERED:

Within twenty-one (21) days from the date of this order, petitioner shall submit one complete copy of his amended § 2241 petition and attachments, and two copies of the six page amended § 2241 petition form.

Failure to do so may result in the dismissal of his petition.

DONE AND ORDERED this 17th day of February, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**