IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTIAN JAMES NAVOY,
    Petitioner,

v.                                      CASE NO.:   3:10cv35/MCR/MD

MICHAEL BABCOCK, et al.,
    Respondents.

---

**O R D E R**

This cause is before the court upon petitioner's filing an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 (doc. 6). The amended petition appears to be in the proper form, the petitioner has submitted the appropriate service copies and the filing fee has been paid.

Accordingly, it is ORDERED:

The clerk of court is directed to furnish copies of the amended petition, including attachments, and this order to the Respondents and the United States Attorney for this district. Respondents shall have sixty (60) days from the date of this order in which to show cause, if any there be, why the relief requested should not be granted.

DONE AND ORDERED this 26th day of February, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**