IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTIAN JAMES NAVOY,
    Petitioner,

vs.                                                 3:10cv35/MCR/MD

MICHAEL BABCOCK, et al.,
    Respondents.

## O R D E R

    This cause is before the court upon the filing of respondents' answer to the amended petition for writ of habeas corpus (doc. 14). Before the court rules on this matter, the petitioner shall have an opportunity to respond.

    Accordingly, it is ORDERED:

    Petitioner shall have twenty-eight (28) days from the date this order is entered on the docket in which to respond to the answer filed by respondents.

    DONE AND ORDERED this 28th day of April, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE