IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTIAN JAMES NAVOY,
    Petitioner,

vs.                                                     CASE NO.: 3:10cv35/MCR/MD

MICHAEL BABCOCK, et al.,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 19, 2010. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent Lappin is dismissed as a party to this action and the amended petition for writ of habeas corpus under § 2241 (doc. 6) is dismissed without prejudice due to petitioner's failure to exhaust his administrative remedies.

DONE AND ORDERED this 4th day of June, 2010.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**